# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schultz, David T. | U.S. District Court for the District of Minnesota | 08/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Retirement savings plan with Maslon (former employer) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Self-employed - attorney | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Fairview Health Systems (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. UBS CASH FLOW ACCOUNT (CASH ACCOUNT) | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 4. UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 5. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 6. UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 7. VANGUARD TOTAL WORLD STK ETF (VT) | A | Dividend | J | T | Buy (add'l) | 11/03/17 | J | | |
| 8. PIMCO STOCKPLUS INTL FUND (PIHUX) | A | Dividend | J | T | Buy (add'l) | 09/11/17 | J | | |
| 9. | | | | | Sold (part) | 11/03/17 | J | A | |
| 10. VOYA GLOBAL REAL ESTATE FUND (IGLIX) | B | Dividend | J | T | Sold (part) | 11/02/17 | J | | |
| 11. VOYA SMALLCAP OPPORTUNITIES FUND CLASS (NSPIX) | A | Dividend | J | T | Buy (add'l) | 11/02/17 | J | | |
| 12. PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD (MINT) | A | Dividend | J | T | Sold (part) | 09/12/17 | J | | |
| 13. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | J | T | | | | | |
| 14. ANGEL OAK MULTI-STRATEGY INCOME FUND CLASS INSTL (ANGIX) | A | Dividend | J | T | Sold (part) | 11/02/17 | J | | |
| 15. LORD ABBETT BOND DEBENTURE FUND (LBDFX) | A | Dividend | J | T | | | | | |
| 16. PIMCO DIVERSIFIED INCOME FUND (PDVPX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. TEMPLETON GLBAL BOND ADV (TGBAX) | A | Dividend | J | T | Buy (add'l) | 11/02/17 | J | | |
| 18. VANGUARD INTERMEDIATE TERM TREASURY FUND ADM (VFIUX) | A | Dividend | J | T | | | | | |
| 19. VIRTUS MULTI-SECTOR SHORT TERM BOND FUND (PIMSX) | A | Dividend | J | T | Sold | 09/11/17 | J | A | |
| 20. | | | | | Buy | 11/02/17 | J | | |
| 21. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | | None | J | T | Sold (part) | 11/02/17 | J | | |
| 22. RIVERPARK LONG/SHORT OPPORTUNITY FUND (RLSIX) | A | Dividend | J | T | Sold (part) | 11/02/17 | J | A | |
| 23. AMER FUNDS AMERICAN BALANCED FUND (AMBFX) | A | Dividend | J | T | | | | | |
| 24. SPDR GOLD SHARES ETF DE (GLD) | | None | J | T | Buy | 09/12/17 | J | | |
| 25. | | | | | Sold (part) | 11/03/17 | J | | |
| 26. IRA #1 (H) | | | | | | | | | |
| 27. UBS BANK USA DEP ACCT | A | Interest | L | T | | | | | |
| 28. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | K | T | Sold (part) | 04/27/17 | J | A | |
| 29. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 30. ALPHABET INC CL A (GOOGL) | | None | K | T | Sold (part) | 04/27/17 | J | A | |
| 31. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 32. ALPHABET IN CL C (GOOG) | | None | K | T | Sold (part) | 04/27/17 | J | A | |
| 33. | | | | | Buy (add'l) | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AMAZON.COM INC (AMZN) | | None | K | T | Sold (part) | 04/27/17 | J | A | |
| 35. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 36. BANK OF AMERICA CORP (BAC) | A | Dividend | J | T | Sold (part) | 04/27/17 | J | A | |
| 37. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 38. CELGENE CORP (CELG) | | None | J | T | Sold (part) | 04/27/17 | J | | |
| 39. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 40. FACEBOOK INC CL A (FB) | | None | K | T | Buy (add'l) | 09/21/17 | J | | |
| 41. LOREAL CO ADR FRANCE ADR (LRLCY) | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 42. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 43. MICROSOFT CORP (MSFT) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 44. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 45. CONSUMER DISCRETIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 46. | | | | | Sold (part) | 08/14/17 | J | B | |
| 47. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 48. ENERGY SELECT SECTOR SPDR FUND (XLE) | A | Dividend | J | T | Sold (part) | 04/27/17 | J | A | |
| 49. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 50. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 52. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 53. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 54. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 55. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Sold (part) | 04/27/17 | J | A | |
| 56. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 57. REAL ESTATE SELECT SECT SPDR ETF (XLRE) | A | Dividend | | | Sold (part) | 04/27/17 | J | | |
| 58. | | | | | Sold | 08/15/17 | J | A | |
| 59. SPDR S&P PHARMACEUTICALS ETF (XPH) | A | Dividend | | | Sold (part) | 04/27/17 | J | | |
| 60. | | | | | Sold | 08/15/17 | J | | |
| 61. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 62. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 63. VANGUARD S&P 500 ETF (VOO) | A | Dividend | K | T | Sold | 04/27/17 | J | A | |
| 64. | | | | | Buy | 09/21/17 | J | | |
| 65. VANGUARD FTSE PAC ETF (VPL) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 66. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 67. VANGUARD FTSE EUROPE ETF (VGK) | A | Dividend | K | T | Buy | 04/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 69. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 70. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 71. OPPENHEIMER INTERNATIONAL GROWTH FUND (OIGYX) | A | Dividend | J | T | Buy (add'l) | 09/20/17 | J | | |
| 72. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND (BESIX) | A | Dividend | K | T | Buy | 04/27/17 | K | | |
| 73. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 74. ISHARES TIPS BOND ETF (TIP) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 76. AMER FUNDS THE BOND FUND OF AMERICA FUND (ABNFX) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | | |
| 77. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 78. ANGEL OAK FLEXIBLE INCOME FUND (ANFIX) | A | Dividend | K | T | Buy (add'l) | 09/20/17 | J | | |
| 79. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND (SDGIX) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | | |
| 80. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 81. EATON VANCE FLOATING RATE ADVANTAGE (EIFAX) | A | Dividend | J | T | Buy (add'l) | 09/20/17 | J | | |
| 82. EV MULTISECTOR INCOME FUND (EVBIX) | A | Dividend | J | T | Buy (add'l) | 09/20/17 | J | | |
| 83. PRUDENTIAL TOTAL RETURN BOND FUND (PDBZX) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 84. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 85. GOLDMAN SACHS MULTI-MANAGER ALTS FUND (GSMMX) | | None | | | Sold | 08/10/17 | J | A | |
| 86. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | | None | K | T | Sold (part) | 04/27/17 | J | | |
| 87. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 88. SPDR GOLD SHARES ETF DE (GLD) | | None | K | T | Buy | 08/15/17 | K | | |
| 89. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 90. IRA #2 (H) | | | | | | | | | |
| 91. UBS BANK USA DEP ACCT (CASH) | A | Interest | M | T | | | | | |
| 92. SKYBRIDGE MULTI-ADVISER HEDGE FD PORTFOLIOS LLC SER A/O | | None | L | T | | | | | |
| 93. ABBEY CAPITAL MULTI-MANAGER FUND LTD | | None | K | T | | | | | |
| 94. CITIGROUP GLOBAL MARKETS CB-GEARS SPX | | None | K | T | Buy | 08/31/17 | K | | |
| 95. HSBC USA INC CT-GEARS EEM | | None | K | T | Buy | 09/29/17 | K | | |
| 96. JPMORGAN CHASE FINANCIAL CT-GEARS RTY | | None | K | T | Buy | 09/29/17 | K | | |
| 97. IRA #3 (H) | | | | | | | | | |
| 98. UBS BANK USA DEP ACCT | A | Interest | K | T | | | | | |
| 99. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 100. ALPHABET INC CL A (GOOGL) | | None | K | T | Buy (add'l) | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. AMERICA TOWER CORP REIT (AMT) | A | Dividend | J | T | Buy (add'l) | 09/11/17 | J | | |
| 102. CELGENE CORP (CELG) | | None | J | T | Buy (add'l) | 09/14/17 | J | | |
| 103. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 104. COLGATE PALMOLIVE CO (CL) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 105. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |
| 106. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 107. FACEBOOK INC CL A (FB) | | None | K | T | Buy (add'l) | 09/14/17 | J | | |
| 108. FEDEX CORP (FDX) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 109. FORD MOTOR CO COM NEW (F) | A | Dividend | | | Sold | 09/11/17 | J | | |
| 110. GENL ELECTRIC CO (GE) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 111. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | | | | | |
| 112. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 113. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 114. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 115. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 116. LULULEMON ATHLETICA INC (LULU) | | None | J | T | | | | | |
| 117. MICROSOFT CORP (MSFT) | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.   MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 119. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 120.   MYLAN N V EUR DE (MYL) | | None | J | T | Buy | 09/14/17 | J | | |
| 121.   O REILLY AUTOMOTIVE INC (ORLY) | | None | | | Sold | 09/11/17 | J | | |
| 122.   PALO ALTO NETWORKS INC (PANW) | | None | J | T | Buy (add'l) | 09/14/17 | J | | |
| 123.   PAYPAL HOLDINGS INC (PYPL) | | None | J | T | Buy (add'l) | 09/14/17 | J | | |
| 124.   PEPSICO INC (PEP) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 125.   PULTE GROUP INC DE (PHM) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 126.   ROBO GLOBAL ROBOTICS & AUT INDEX ETF DE (ROBO) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 127.   SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 128.   THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 129.   TJX COS INC NEW (TJX) | A | Dividend | | | Buy (add'l) | 09/14/17 | J | | |
| 130. | | | | | Sold | 10/20/17 | J | A | |
| 131.   UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 132.   US BANCORP DEL (NEW) (USB) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 133.   WALT DISNEY CO HOLDING CO (DIS) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 134.   WHIRLPOOL CORP DE (WHR) | A | Dividend | J | T | Buy | 09/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 136. 3M CO (MMM) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 137. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 138. VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 139. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 140. IRA #4 (H) | | | | | | | | | |
| 141. UBS BANK USA DEP ACCT | A | Dividend | L | T | | | | | |
| 142. ALIBABA GROUP HLDG LTD SPON ADR (BABA) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 143. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 144. AKAMAI TECHNOLOGIES INC DE (AKAM) (Y) | | | | | | | | | |
| 145. AMAZON.COM INC (AMZN) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 146. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 147. AMERIPRISE FINANCIAL INC (AMP) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 148. ANDEAVOR COM (ANDV) (FORMERLY TESORO CORP (TSO)) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 149. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 150. BROADCOM LTD (AVGO) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 151. | | | | | Buy (add'l) | 09/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. CELGENE CORP (CELG) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 153. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 154. CITIGROUP INC (C) | A | Dividend | J | T | Sold | 04/10/17 | J | A | |
| 155. | | | | | Buy | 07/21/17 | J | | |
| 156. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 157. CTRIP.COM INTL LTD ADS (CTRP) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 158. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 159. DANAHER CORP (DHR) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 160. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 161. DENTSPLY SIRONA INC (XRAY) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 162. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 163. ELECTRONIC ARTS (EA) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 165. EXPEDIA INC (EXPE) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 166. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 167. EXPRESS SCRIPTS HLDG CO (ERSX) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 168. | | | | | Buy (add'l) | 09/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. FORTIVE CORP (FTV) (Y) | | | | | | | | | |
| 170. HANESBRANDS INC (HBI) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 171. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 172. INCYTE CORP (INCY) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 173. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 174. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 175. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 176. LEAR CORP COM NEW (LEA) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 177. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 178. MCKESSON CORP (MCK) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 179. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 180. NVIDIA CORP (NVDA) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 181. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 182. PVH CORP COM (PVH) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 183. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 184. SERVICE CORP INTL (SCI) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 185. | | | | | Buy (add'l) | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. SERVICEMASTER GLOBAL HLDGS INC (SERV) | | None | | | Sold | 01/31/17 | J | A | |
| 187. TJX COS INC NEW (TJX) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 188. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 189. UNDER ARMOUR INC CL A (UAA) | | None | | | Sold | 04/10/17 | J | | |
| 190. UNDER ARMOUR INC CL C (UA) (Y) | | | | | | | | | |
| 191. UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 192. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 193. VISTEON CORP COM NEW (VC) | | None | J | T | Buy (add'l) | 07/21/17 | J | | |
| 194. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 195. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 196. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 197. ISHARES NASDAQ BIOTECHNOLOGY ETF (IBB) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 198. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 199. ISHARES US AEROSPACE & DEFENSE ETF (ITA) | A | Dividend | J | T | Buy (add'l) | 01/31/17 | J | | |
| 200. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 201. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 202. ROBO GLOBAL ROBOTICS & AUT INDEX ETF DE (ROBO) | A | Dividend | J | T | Buy | 04/10/17 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 204. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 205. IRA #5 (H) | | | | | | | | | |
| 206. UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 207. ADIENT PLC (ADNT) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 208. ASTRAZENECA PLC SPON ADR (AZN) | A | Dividend | | | Sold | 08/04/17 | J | | |
| 209. BLACKROCK INC DE (BLK) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 210. BRITISH AMER TABACCO PLC GB SPON ADR (BTI) | A | Dividend | J | T | | | | | |
| 211. CITIGROUP INC (C) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 212. CME GROUP INC (CME) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 213. COCA COLA CO COM (KO) | A | Dividend | | | Sold | 08/04/17 | J | A | |
| 214. CVS HEALTH CORP (CVS) | A | Dividend | | | Sold | 08/04/17 | J | | |
| 215. GENL MILLS INC (GIS) | A | Dividend | | | Sold | 08/04/17 | J | A | |
| 216. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 217. HONEYWELL INTL INC (HON) | A | Dividend | K | T | Sold (part) | 08/04/17 | J | B | |
| 218. ILLNOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | Sold (part) | 08/04/17 | J | B | |
| 219. INTEL CORP (INTC) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 220. JOHNSON CTLS INTL PLC (JCI) (Y) | | | | | | | | | |
| 221. JOHNSON & JOHNSON COM (JNJ) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 222. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 223. NEXTERA ENERGY INC COM (NEE) | A | Dividend | K | T | | | | | |
| 224. PACCAR INC (PCAR) (X) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 225. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 226. PRAXAIR (PX) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 227. ROCKWELL COLLINS (COL) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 228. ROCKWELL AUTOMATION (ROK) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 229. STARBUCKS CORP (SBUX) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 230. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (TSM) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 231. TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 232. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 233. ISHARES MSCI EAFE VAL ETF (EFV) (X) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 234. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | | | | | |
| 235. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 08/09/17 | J | | |
| 236. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | Sold (part) | 08/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. GOLDMAN SACHS US EQUITY DIVIDEND AND PREMIUM FUND (GSPKX) | B | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 238. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 239. GOLDMAN SACHS MLP ENERGY INFRAS FUND (GMLPX) | A | Dividend | | | Sold | 08/04/17 | J | | |
| 240. IRA #6 (H) | | | | | | | | | |
| 241. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | J | T | | | | | |
| 242. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 243. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 244. AMAZON.COM INC (AMZN) | | None | J | T | | | | | |
| 245. BANK OF AMER CORP (BAC) | A | Dividend | J | T | | | | | |
| 246. CELGENE CORP (CELG) | | None | J | T | | | | | |
| 247. FACEBOOK INC CL A (FB) | | None | J | T | | | | | |
| 248. LOREAL CO ADR FRANCE ADR DE | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 249. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 250. CONSUMER DICRESTIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | J | T | Sold (part) | 08/09/17 | J | | |
| 251. ENERGY SELECT SECTOR SPDR FUND ETF (XLE) | A | Dividend | J | T | | | | | |
| 252. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 253. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | | | | | |
| 254. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | J | T | | | | | |
| 255. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 256. SPDR S&P PHARMACEUTICALS ETF (XPH) | A | Dividend | | | Sold | 08/10/17 | J | | |
| 257. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | J | T | | | | | |
| 258. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 259. VANGUARD FTSE PAC ETF DE (VPL) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 260. VANGUARD FTSE EUROPE ETF DE (VGK) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 261. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 262. OPPENHEIMER INTERNATIONAL GROWTH FUND Y CLASS (OIGYX) | A | Dividend | J | T | | | | | |
| 263. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND (BESIX) | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 264. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 265. AMER FUNDS THE BOND FUND OF AMERICA FUND CLASS F2 (ABNFX) | A | Dividend | J | T | | | | | |
| 266. ANGEL OAK FLEXIBLE INCOME FUND CLASS I (ANFIX) | A | Dividend | J | T | | | | | |
| 267. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIC) | A | Dividend | J | T | | | | | |
| 268. EATON VANCE FLOATING RATE ADVANTAGE CL I (EIFAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. EV MULTISECTOR INCOME FUND CLASS I (EVBIX) | A | Dividend | J | T | | | | | |
| 270. PRUDENTIAL TOTAL RETURN BOND FUND CLASS Z (PDBZX) | A | Dividend | J | T | | | | | |
| 271. GOLDMAN SACHS MULTI-MANAGER ALTS FUND CLASS I (GSMMX) | A | Dividend | | | Sold | 08/09/17 | J | | |
| 272. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | A | Dividend | J | T | | | | | |
| 273. SPDR GOLD SHARES ETF (GLD) | | None | J | T | Buy | 08/15/17 | J | | |
| 274. IRA #7 (H) | | | | | | | | | |
| 275. UBS BANK DEPOSIT ACCOUNT (cash) | A | Interest | L | T | Open | 07/27/17 | M | | |
| 276. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 277. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 278. EATON VANCE TAX MANAGED BUY-WRITE INC FUND (ETB) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 279. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 280. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Buy | 07/19/17 | J | | |
| 281. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 282. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 283. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | A | Dividend | K | T | Buy | 07/19/17 | J | | |
| 284. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 285. | | | | | Buy (add'l) | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286. ROYCE VALUE TRUST INC (RVT) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 287. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 288. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 289. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | Buy | 07/19/17 | J | | |
| 290. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 291. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 292. SPDR S&P INTL DIVIDEND ETF (DWX) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 293. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 294. TEKLA HEALTHCARE INVESTORS FUND (HQH) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 295. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 296. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 297. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 298. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 299. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 300. BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 301. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 302. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | Buy | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 303. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 304. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 305. NUVEEN PFD SECURITIES INCOME FUND (JPS) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 306. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 307. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | K | T | Buy | 07/19/17 | J | | |
| 308. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 309. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 310. PIONEER DIVERSIFIED HIGH INCOME TRUST (HNW) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 311. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 312. SPDR DOUBLINE SHORT DURATIONS TOTAL RETURN TACT ETF (STOT) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 313. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 314. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 315. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 316. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 317. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 318. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 319. BLACKROCK ENHANCED CAPITAL & INCOME FUND INC (CII) | A | Dividend | J | T | Buy | 07/19/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 320. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 321. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 322. UBS BANK USA DEP ACCT | A | Interest | K | T | | | | | |
| 323. BLACKROCK CAP & INCOME STRATEGIES FUND INC (CII) | A | Dividend | J | T | | | | | |
| 324. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | | | | | |
| 325. EATON VANCE TAX MANAGED BUY-WRITE INC FUND (ETB) | A | Dividend | J | T | | | | | |
| 326. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | | | | | |
| 327. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 328. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 329. ROYCE VALUE TRUST INC (RVT) | A | Dividend | J | T | | | | | |
| 330. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | | | | | |
| 331. SPDR S&P INTL DIVI F (DWX) | A | Dividend | J | T | Buy (add'l) | 06/08/17 | J | | |
| 332. TELKA HEALTHCARE INVS (HQH) | A | Dividend | J | T | | | | | |
| 333. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | J | T | | | | | |
| 334. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | J | T | | | | | |
| 335. BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | A | Dividend | J | T | | | | | |
| 336. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. GUGGENHEIM BULLETSHARES 2019 HIGH YEILD CORP BOND ETF (BSJJ) | A | Dividend | | | Sold | 09/28/17 | J | A | |
| 338. NUVEEN PFD SECURITIES INCOME FUND (JPS) | A | Dividend | J | T | | | | | |
| 339. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | J | T | | | | | |
| 340. PIONEER DIVERSIFIED HIGH INCOME TRUST (HNW) | A | Dividend | J | T | Sold (part) | 09/28/17 | J | A | |
| 341. PROSHARES HIGH YIELD INT RATE HEDGED ETF (HYHG) | A | Dividend | J | T | | | | | |
| 342. SPDR DOUBLELINE SHORT DURATION TOTAL RETURN TACTICAL ETF (STOT) | A | Dividend | J | T | | | | | |
| 343. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | J | T | | | | | |
| 344. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | A | Dividend | J | T | | | | | |
| 345. CALAMOS STRATEGIC TOTAL RETURN (CSQ) | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 346. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 347. JPMORGAN CHASE FINANCIAL CT-SS RTY | | None | K | T | | | | | |
| 348. CREDIT SUISSE AG CB-GEARS SPX | | None | K | T | | | | | |
| 349. UBS AG BUFFERED ROS SPY | | None | K | T | | | | | |
| 350. UBS AG CB-GEARS SX5E | | None | K | T | Buy | 07/31/17 | K | | |
| 351. HSBC USA INC CT-GEARS EEM | | None | K | T | | | | | |
| 352. CREDIT SUISSE AG L/O TA-CYN SPX SX5E | A | Dividend | K | T | Sold (part) | 06/13/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 353. BROKERAGE ACCOUNT #6 (H) | | | | | | | | | |
| 354. UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 355. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 356. APLPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 357. AMERICAN TOWER CORP REIT (AMT) | A | Dividend | J | T | | | | | |
| 358. CEGENE CORP (CELG) | | None | J | T | | | | | |
| 359. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 360. COLGATE PALMOLIVE CO (CL) | A | Dividend | J | T | | | | | |
| 361. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |
| 362. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 09/11/17 | J | | |
| 363. FACEBOOK INC CL A (FB) | | None | J | T | | | | | |
| 364. FEDEX CORP (FDX) | A | Dividend | J | T | | | | | |
| 365. FORD MOTOR CO COM NEW (F) | A | Dividend | | | Sold | 09/11/17 | J | | |
| 366. GEN ELECTRIC CO (GE) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 367. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | Sold (part) | 09/14/17 | J | | |
| 368. INTEL CORP (INTC) | A | Dividend | J | T | Sold (part) | 09/14/17 | J | A | |
| 369. INTERCONTINENTIAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 370. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 371. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 372. LULULEMON ATHLETICA INC (LULU) | | None | J | T | | | | | |
| 373. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 374. MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 375. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 376. MYLAN N V EUR DE (MYL) | | None | J | T | Buy | 09/14/17 | J | | |
| 377. O REILLY AUTOMOTIVE INC (ORLY) | | None | | | Sold | 09/11/17 | J | | |
| 378. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 379. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 380. PEPSICO INC (PEP) | A | Dividend | J | T | Sold (part) | 09/14/17 | J | A | |
| 381. PULTE GROUP INC DE (PHM) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 382. ROBO GLOBAL ROBOTICS & AT INDEX ETF DE (ROBO) | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 383. SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | A | Dividend | | | Sold | 09/13/17 | J | | |
| 384. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 385. TJX COS INC NEW (TJX) | A | Dividend | | | Sold | 10/24/17 | J | | |
| 386. UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387. US BANCORP DEL (NEW) (USB) | A | Dividend | J | T | | | | | |
| 388. WALT DISNEY CO (HOLDING CO) DISNEY COME (DIS) | A | Dividend | | | Sold | 09/14/17 | J | | |
| 389. WHIRLPOOL CORP DE (WHR) | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 390. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 391. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 392. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 393. VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | J | T | | | | | |
| 394. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | Sold (part) | 09/14/17 | J | A | |
| 395. BROKERAGE ACCOUNT #7 (H) | | | | | | | | | |
| 396. UBS BANK DEPOSIT ACCOUNT | A | Int./Div. | K | T | Open | 10/05/17 | J | | |
| 397. BRISTOL MYERS SQUIBB (BMY) (X) | A | Dividend | J | T | | | | | |
| 398. WP CAREY INC REIT (WPC) (X) | A | Dividend | J | T | | | | | |
| 399. AMER FUNDS AMCAP F2 (AMCFX) (X) | A | Dividend | K | T | | | | | |
| 400. AMER FUNDS CAPITAL WORLD GR & INC F2 (WGIFX) (X) | B | Dividend | K | T | | | | | |
| 401. AMER FUNDS NEW PERSPECTIVE F2 (ANWFX) (X) | B | Dividend | K | T | | | | | |
| 402. AMER FUNDS NEW WORLD FUND F2 (NFFFX) (X) | A | Dividend | J | T | | | | | |
| 403. COHEN & STEERS REALTY SHARES (CSRSX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. EATON VANCE LARGE CAP VALUE FUND I (EILVX) (X) | A | Dividend | J | T | | | | | |
| 405. ROYCE PREMIER FUND (RYPRX) (X) | B | Dividend | J | T | | | | | |
| 406. THORNBURG INTL VAL FUND I (TGVIX) (X) | B | Dividend | J | T | | | | | |
| 407. FRANKLIN FEDERAL TAX-FREE INC FUND (FAFTX) (X) | A | Dividend | K | T | | | | | |
| 408. FRANKLIN FEDERAL INTERIM TAX-FREE INCOME FUND (FITZX) (X) | A | Dividend | K | T | | | | | |
| 409. NUVEEN LIMITED TERM MUN BOND I (FLTRX) (X) | A | Dividend | K | T | | | | | |
| 410. THORNBURG LIMITED TERM MUN FUND I (LTMIX) (X) | A | Dividend | K | T | | | | | |
| 411. AMER FUNDS CAPITAL INC BUILDER F2 (CAIFX) (X) | A | Dividend | J | T | | | | | |
| 412. BLACKROCK MULTI-ASSET INC PORT INST (BIICX) (X) | A | Dividend | J | T | | | | | |
| 413. BLACKROCK GLOBAL ALLOCATION FUND INST (MALOX) (X) | A | Dividend | J | T | | | | | |
| 414. FIRST EAGLE GLOBAL FUNDS I (SGIIX) (X) | A | Dividend | K | T | | | | | |
| 415. FRANKLIN INC ADV (FRIAX) (X) | A | Dividend | J | T | | | | | |
| 416. OAKMARK EQUITY & INCOME I (OAKBX) (X) | B | Dividend | J | T | | | | | |
| 417. THE INCOME FUND OF AMERICA F2 (AMEFX) (X) | A | Dividend | K | T | | | | | |
| 418. BROKERAGE ACCOUNT #8 (H) | | | | | | | | | |
| 419. UBS BANK DEPOSIT ACCT (X) | A | Interest | J | T | | | | | |
| 420. AKAMAI TECHNOLOGIES (AKAM) (X) | | None | | | Sold | 08/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 421. ALIBABA GROUP HLDG LTD (BABA) (X) | | None | J | T | | | | | |
| 422. AMAZON.COM (AMZN) (X) | | None | J | T | | | | | |
| 423. AMERIPRISE FINANCIAL (AMP) (X) | A | Dividend | J | T | | | | | |
| 424. BROADCOM LTD (AVGO) (X) | A | Dividend | J | T | | | | | |
| 425. CELGENE CORP (CELG) (X) | | None | J | T | | | | | |
| 426. CTRIP.COM INTL LTD (CTRP) (X) | | None | J | T | | | | | |
| 427. DANAHER CORP (DHR) (X) | A | Dividend | J | T | | | | | |
| 428. DENTSPLY SIRONA INC (XRAY) (X) | A | Dividend | J | T | | | | | |
| 429. ELECTRONIC ARTS (EA) (X) | | None | J | T | | | | | |
| 430. EXPEDIA INC (EXPE) (X) | A | Dividend | J | T | | | | | |
| 431. EXPRESS SCRIPTS HLDG CO (ESRX) (X) | | None | | | Sold | 08/09/17 | J | | |
| 432. FORTIVE CORP (FTV) (X) | A | Dividend | J | T | | | | | |
| 433. HANESBRANDS INC (HBI) (X) | A | Dividend | | | Sold | 08/04/17 | J | | |
| 434. INCYTE CORP (INCY) (X) | A | Dividend | J | T | | | | | |
| 435. INTERCONTINENTAL EXCHANGE GROUP (ICE) (X) | A | Dividend | J | T | | | | | |
| 436. LEAR CORP (LEA) (X) | A | Dividend | J | T | | | | | |
| 437. MCKESSON CORP (MCK) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 438. NVIDIA CORP (NVDA) (X) | A | Dividend | J | T | | | | | |
| 439. PVH CORP (PVH) (X) | A | Dividend | J | T | | | | | |
| 440. SCOTTS MIRACLE-GRO (SMG) | | None | J | T | Buy | 08/09/17 | J | | |
| 441. SERVICE CORP INTL (SCI) (X) | A | Dividend | J | T | | | | | |
| 442. ANDEAVOR (ANDV) (FORMERLY TESORO CORP (TSO)) (X) | A | Dividend | J | T | | | | | |
| 443. TJX COS INC (TJX) (X) | A | Dividend | J | T | | | | | |
| 444. UNITED TECHNOLOGIES (UTX) (X) | A | Dividend | J | T | | | | | |
| 445. VISTEON CORP (VC) (X) | | None | J | T | | | | | |
| 446. ISHARES RUSSELL 2000 GROWTH (IWO) (X) | A | Dividend | J | T | | | | | |
| 447. ISHARES NASDAQ BIOTECH (IBB) (X) | A | Dividend | J | T | | | | | |
| 448. ISHARES US AEROSPACE & DEFENSE (ITA) (X) | A | Dividend | J | T | | | | | |
| 449. ROBO GLOBAL ROBOTICS & AUTOMATION INDEX (ROBO) (X) | A | Dividend | J | T | | | | | |
| 450. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 451. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 7-9 C | | None | M | T | | | | | |
| 452. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |
| 453. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 13-15 C | | None | M | T | | | | | |
| 454. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 34

**Name of Person Reporting**

Schultz, David T.

**Date of Report**

08/08/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 455. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 10-12 C | | None | M | T | | | | | |
| 456. EDUCATION ACCOUNT #4 (H) | | | | | | | | | |
| 457. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | | None | J | T | | | | | |
| 458. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | | None | J | T | | | | | |
| 459. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | | None | J | T | | | | | |
| 460. EDUCATION ACCOUNT #5 (H) | | | | | | | | | |
| 461. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | | None | J | T | | | | | |
| 462. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | | None | J | T | | | | | |
| 463. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | | None | J | T | | | | | |
| 464. EDUCATION ACCOUNT #6 (H) | | | | | | | | | |
| 465. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | | None | J | T | | | | | |
| 466. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | | None | J | T | | | | | |
| 467. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | | None | J | T | | | | | |
| 468. RETIREMENT SAVINGS PLAN #1 (H) | | | | | | | | | |
| 469. MASLON CASH BALANCE PENSION PLAN (NO CONTROL) | D | Interest | M | T | | | | | |
| 470. MFS INTERNATIONAL VALUE R4 | | None | | | Sold | 06/26/17 | L | C | |
| 471. OPPENHEIMER DEVELOPING MARKETS I | | None | | | Sold | 06/26/17 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 34

**Name of Person Reporting**

Schultz, David T.

**Date of Report**

08/08/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 472. OPPENHEIMER GLOBAL OPPORTUNITIES I | | None | | | Sold | 06/26/17 | M | D | |
| 473. VANGUARD EXPLORER ADM | | None | | | Sold | 06/26/17 | L | D | |
| 474. T. ROWE PRICE MID CAP GROWTH | | None | | | Sold | 06/26/17 | M | E | |
| 475. PARNASSUS CORE EQUITY INST | A | Dividend | | | Sold | 06/26/17 | M | D | |
| 476. VANGUARD EQUITY-INCOME ADM | A | Dividend | | | Sold | 06/26/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information in this report is based upon the filer's best available information and belief.

Part VII, Column D: Transactions January 1, 2017, through June 30, 2017, overlap with the initial reporting period.

Part VII, lines 470-476: Transaction details were not available prior to the end of the initial reporting period.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# FINANCIAL DISCLOSURE REPORT

Page 34 of 34

Name of Person Reporting

Schultz, David T.

Date of Report

08/08/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Schultz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544